IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTREVION MCNICHOLS,<br><br>                Defendant. | 8:25CR235<br><br>ORDER |

      At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community. At the time of his initial appearance before the court, the defendant was in the custody of Nebraska state authorities on state charges. Accordingly,

      **IT IS ORDERED:**

      The government's motion for detention of Antrevion McNichols pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

      **IT IS FURTHER ORDERED:**

      The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

      DATED this 21st day of November, 2025.

                                                                BY THE COURT:

                                                                <u>s/ Michael D. Nelson</u><br>
                                                                 United States Magistrate Judge